# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LARRY J. CORDELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:15-cv-01055-JAR |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Larry J. Cordell's Motion to Supplement Traverse to Respondent's Reply (Doc. 16). Petitioner requests the Court consider his motion as a supplement to his brief already before the Court. For good cause shown, the Court will grant Petitioner's request. Petitioner also requests an evidentiary hearing (Doc. 16 at 2). However, at this stage of the litigation, it appears that the state court record contains sufficient facts to make an informed decision on the merits of Petitioner's claims. If the Court later determines that this record is insufficient to resolve the issues, the Court will schedule an evidentiary hearing. Therefore, the Court will deny Petitioner's request for an evidentiary hearing at this time.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner Larry J. Cordell's Motion to Supplement Traverse to Respondent's Reply (Doc. 16) is **GRANTED, in part.** The Court will review Petitioner's supplement when it takes up Petitioner's Section 2254

Petition. However, to the extent Petitioner requests an evidentiary hearing, that request is

**DENIED without prejudice.**

Dated this 21st day of December, 2015.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE