# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| LARRY J. CORDELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:15-cv-01055-JAR |
| | ) | |
| TROY STEELE, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner Larry J. Cordell's motion for summary judgment, filed with the Court on September 6, 2016 (Doc. 18). Upon due consideration, the Court concludes that Petitioner has not established that he is entitled to summary judgment. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for summary judgment (Doc. 18) is **DENIED**.

Dated this 9th day of September, 2016.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**